CONTINUATION IN SUPPORT OF CRIMINAL COMPLAINT

I, Paul Baragawanath, being first duly sworn, hereby depose and state as follows:

INTRODUCTION AND AGENT BACKGROUND

1. I make this continuation in support of a criminal complaint against Jada Lorraine Blakely for violation of 18 U.S.C. §§ 113(a)(4), 1151, 1152 assault by striking, beating, or wounding. Based on the information disclosed below, I submit there is probable cause to believe that on or about July 5, 2026, Blakely violated 18 U.S.C. §§ 113(a)(4), 1151, 1152, assault by striking, beating, or wounding, in the Western District of Michigan. I, therefore, request the Court authorize the criminal complaint and arrest warrant for Blakely.

2. I am an officer with the Bay Mills Police Department (BMPD). I have been employed by BMPD as an officer since 1998 and am certified as a federal law enforcement officer with a valid Special Law Enforcement Commission (SLEC) credential.  As an SLEC credentialed officer, I have authority to arrest individuals for violations of federal law occurring within Indian Country.  I served as a patrol officer, sergeant and lieutenant.

3. As a Bay Mills Police Officer, I have investigated and assisted in the investigations of various types of federal criminal violations, including assaults in Indian Country. As a police officer, I investigated and received training in investigating assaults and domestic violence. This continuation is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. My duties include the investigations of various violations of federal criminal law, including matters involving violations of 18 U.S.C. §§ 113(a)(4), 1151, 1152, assault by

striking, beating, or wounding. The facts in this continuation come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses.

## STATUTORY AUTHORITY

5.  I am informed by the United States Attorney's Office that to establish the charge of assault by beating, striking, or wounding by a non-Indian within Indian Country, the following elements must be met:

    a.  The suspect assaulted the victim by striking, beating, or wounding;

    b.  The suspect is non-Indian;

    c.  The victim is an Indian; and

    d.  The offense occurred in Indian County.

## PROBABLE CAUSE

6.  On July 5, 2026, at approximately 2:40 a.m., Bay Mills Police Department Sergeant Jesse Spencer and Officer Madison Bishop responded to a 9-1-1 call regarding a domestic disturbance at a known residence on land held in trust by the United States for the benefit of the Bay Mills Indian Community.

7.  Upon arrival at the residence Seargent Spencer observed Blakely standing over the Victim, who was seated in a chair. Sergeant Spencer noted that Blakely smelled of intoxicants and seemed agitated and argumentative.  Victim also smelled of intoxicants. Victim is an enrolled member of the Bay Mills Indian Community.  Blakely is a non-Indian.

8. Sergeant Spencer interviewed Blakely.  When asked if things got physical, Blakely replied, "Just now when you seen it."  Sergeant Spencer noted that all he saw was Blakely standing over Victim.  Blakely continued, "but no, not really, whatever yeah I did."

9. Victim was interviewed by BMPD Seargent Spencer outside the presence of Blakely. Victim disclosed that during an argument between the parties Blakely became aggravated.  Victim said that Blakely had choked him "a couple times" and grabbed his arm when he was using his hands to try and defend himself.

10. Victim demonstrated the choking for Sergeant Spencer with two hands closing around his neck. Victim reported that he did not lose consciousness or have difficulty breathing while being choked.  Investigators observed redness on Victim's cheeks and chest, as well as a scratch on Victim's left arm.

11. BMPD Sergeant Spencer arrested Blakely and Officer Bishop handcuffed and transported her to the Chippewa County Jail where she was subsequently lodged.

## CONCLUSION

12. I submit that this continuation establishes probable cause to believe that Blakely committed a violation of 18 U.S.C. §§ 113(a)(4), 1151, 1152, assault by striking, beating, or wounding. I, therefore, request that the Court authorize the criminal complaint and issue an arrest warrant for Blakely's arrest.